**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Amir Rahama, | NO. C 06-05405 JW |
|       Plaintiff, | **ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |
| v. | |
| Officer Archer, et al., | |
|       Defendants. | |

In light of the delayed service on Defendants, the Court continues the case management conference currently scheduled for December 18, 2006 to **January 29, 2007 at 10:00 a.m.** The parties shall file an updated joint case management statement in accordance with the local rules.

Dated: December 15, 2006

JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Anthony Boskovich policemisconduct@compuserve.com
Nkia Desiree Richardson cao.main@sanjoseca.gov
Robert Baker Burchfiel CAO.Main@ci.sj.ca.us

**Dated: December 15, 2006**                     **Richard W. Wieking, Clerk**

                                                **By:  /s/ JW Chambers**
                                                       **Elizabeth Garcia**
                                                       **Courtroom Deputy**

**United States District Court**
For the Northern District of California