1  RICHARD DOYLE, City Attorney (#88625)
   ROBERT BURCHFIEL, Sr. Deputy City Attorney (112318)
2  NKIA D. RICHARDSON, Deputy City Attorney (193209)
   Office of the City Attorney
3  200 East Santa Clara Street
   San José, California  95113-1905
4  Telephone Number: (408) 535-1900
   Facsimile Number:  (408) 998-3131
5  E-Mail Address:  cao.main@sanjoseca.gov

6  Attorneys for CITY OF SAN JOSE

7

8                    UNITED STATES DISTRICT COURT

9                 NORTHERN DISTRICT OF CALIFORNIA

10                      SAN JOSE DIVISION

11

12

13  AMIR RAHAMA,                      Case Number:  C06 05405 JW

                  Plaintiff(s),        **STIPULATION AND ORDER RE**
14                                      **DISCOVERY**

15           v.

16  OFFICER ARCHER, BADGE NO. #3096,
    CITY OF SAN JOSE, and DOES,
    inclusive,
17
                  Defendant(s).
18

19

20       It is agreed and stipulated amongst the counsel for both plaintiff and defendant that

21  the initial scheduling order in the above matter dated January 25, 2007 be amended as to

22  the closure of all discovery.  It is agreed and stipulated that the date for closure of all

23  discovery would be amended to October 22, 2007 which is the date currently scheduled for

24  the Preliminary Pretrial Conference

25  ///

26  ///

27  ///

28

                                        1
**STIPULATION AND ORDER RE DISCOVERY**                    C06-05405 JW
419726

1

2   Dated: 6/29/07                                    RICHARD DOYLE, City Attorney

3

4                                                     By: _____/s/_____
                                                          ROBERT BURCHFIEL
5                                                         Sr. Deputy City Attorney

6                                                   Attorneys for CITY OF SAN JOSE

7

8

9   Dated: _____            By: _____
                                                          ANTHONY BOSKOVICH
10                                                       Attorney for Plaintiff AMIR RAHAMA

11

12

13                                  **ORDER**

14  The Court DENIES the parties' Stipulation because the parties have adjusted the discovery cut-off date

15  but have not adjusted other relevant dates, including the Last Date for Hearing on Dispostive Motion

16  or the Preliminary Pretrial Conference.  The parties are free to file another Stipulation but must

17  examine the Court's Scheduling Order and adjust all other relevant dates accordingly.

18

19
    Dated:  July 2, 2007                        _____
20                                                      JUDGE JAMES WARE
                                                  UNITED STATES DISTRICT COURT
21

22

23

24

25

26

27

28

2

**STIPULATION AND ORDER RE DISCOVERY**                          **C06-05405 JW**
419726