IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Amir Rahama, | NO. C 06-05405 JW |
| Plaintiff, | **ORDER CONTINUING PRELIMINARY PRETRIAL CONFERENCE** |
| v. | |
| Officer Archer, et al., | |
| Defendants. | |

In light of the Settlement Conference presently scheduled before Magistrate Judge Lloyd for December 7, 2007, the Court finds good cause to continue the Preliminary Pretrial Conference from October 22, 2007 to **December 17, 2007 at 11:00 AM.** The parties shall file a Preliminary Pretrial Statement by **December 12, 2007,** which among other things, shall inform the Court of the status of the Settlement Conference.

Dated: October 18, 2007

JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Anthony Boskovich policemisconduct@compuserve.com
Nkia Desiree Richardson cao.main@sanjoseca.gov
Robert Baker Burchfiel CAO.Main@ci.sj.ca.us

**Dated: October 18, 2007**                                  **Richard W. Wieking, Clerk**

                                                 **By:  /s/ JW Chambers**
                                                       **Elizabeth Garcia**
                                                       **Courtroom Deputy**

**United States District Court**
For the Northern District of California