IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Amir Rahama, | NO. C 06-05405 JW |
| Plaintiff, | **ORDER RE: FINAL PRETRIAL CONFERENCE** |
| v. | |
| Officer Matthew Archer, et al., | |
| Defendants. | |

Due to the Court's unavailability during the time set for trial, the Court VACATES the trial and all related pretrial deadlines. The Final Pretrial Conference currently scheduled for **June 16, 2008** is converted to a Preliminary Pretrial Conference. The time for the conference is ADVANCED from 3 p.m. to **11 a.m**. The Court will set a new trial schedule at the conference.

Dated: June 12, 2008

JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Anthony Boskovich policemisconduct@compuserve.com
Nkia Desiree Richardson cao.main@sanjoseca.gov
Robert Baker Burchfield CAO.Main@sanjoseca.gov

**Dated:  June 12, 2008**                           **Richard W. Wieking, Clerk**

                                                    **By:   /s/ JW Chambers**
                                                          **Elizabeth Garcia**
                                                          **Courtroom Deputy**

**United States District Court**
For the Northern District of California