**United States District Court**
For the Northern District of California

*E-FILED*
October 29, 2008

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

AMIR RAHAMA,                                           No.  C 06-05405 JW (HRL)

        Plaintiff,

                                                          **ORDER RESCHEDULING**
v.                                                                        **SETTLEMENT CONFERENCE**

OFFICER ARCHER, et al.,

        Defendants.
_____/

TO ALL PARTIES AND COUNSEL OF RECORD:

       IT IS HEREBY ORDERED that the settlement conference previously scheduled for

**November 24, 2008** in Courtroom 4, Fifth Floor, 280 South First Street, San Jose, California has

been rescheduled to **December 30, 2008 at 9:30 a.m**.

       Counsel who will try the case shall appear at the settlement conference with the parties and

with the person or persons having full authority to negotiate and to settle the case.  Settlement

conference statements, if not previously submitted,  are due seven (7) days prior to the settlement

conference.  All other provisions of this Court's Order, dated July 21, 2008, shall remain in effect.

1      The parties shall notify Magistrate Judge Seeborg's chambers **immediately** if this case settles

2 prior to the date set for settlement conference.

3

4 Dated:   October 29, 2008

5

6                                RICHARD SEEBORG

7                                United States Magistrate Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**THIS IS TO CERTIFY THAT NOTICE OF THIS ORDER WAS ELECTRONICALLY PROVIDED TO**

Anthony Boskovich     policemisconduct@compuserve.com

Nkia Desiree Richardson     cao.main@sanjoseca.gov

Robert Baker Burchfiel     CAO.Main@sanjoseca.gov

Dated: October 29, 2008

CHAMBERS OF MAGISTRATE JUDGE RICHARD SEEBORG

By:     /s/ *BAK*