**IT IS SO ORDERED**
Judge James Ware
2/18/2009

RICHARD DOYLE, City Attorney (#88625)
ROBERT BURCHFIEL, Sr. Deputy City Attorney (#112318)
NKIA D. RICHARDSON, Deputy City Attorney (#193209)
Office of the City Attorney
200 East Santa Clara Street
San José, California 95113-1905
Telephone Number: (408) 535-1900
Facsimile Number: (408) 998-3131
E-Mail Address: cao.main@sanjoseca.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| AMIR RAHAMA,<br><br>               Plaintiffs,<br><br>         v.<br><br>OFFICER ARCHER, BADGE NO. #3096, CITY OF SAN JOSE, and DOES, inclusive,<br><br>               Defendants. | Case Number: C06 05405 JW<br><br>**STIPULATION OF DISMISSAL** |

**IT IS HEREBY STIPULATED** by and between the parties to this action through their designated counsel that the above-captioned action be and hereby is dismissed with

/ / / / /
/ / / / /
/ / / / /
/ / / / /
/ / / / /
/ / / / /
/ / / / /
/ / / / /
/ / / / /

prejudice pursuant to FRCP 41(a)(1).  It is further stipulated that each party shall bear their own fees and costs.

Respectfully submitted,

Dated: February 17, 2009     By: _____/S/_____
                                                    ANTHONY BOSKOVICH
                                                    Attorney at Law

                                              Attorney for Plaintiff

Dated: February 17, 2009     RICHARD DOYLE, City Attorney

                                              By: _____/S/_____
                                                    ROBERT BURCHFIEL
                                                    Sr. Deputy City Attorney

                                              Attorney for Defendants

**IT IS SO ORDERED:**

The Court terminates any remaining pending deadlines hearings and motions.  The Clerk shall close this file.

Dated: February 18, 2009     _____
                                              United States District Judge

- 2 -

STIPULATION OF DISMISSAL                                              CASE NO. C06-05405 JW
                                                                                             526580